**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEIL SHEEHAN,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO TRAVEL, INC., MARRIOTT INTERNATIONAL, W HOTELS, WESTIN HOTELS & RESORT, W RESERVA CONCHAL, COSTCO WHOLESALE CORPORATION, MARRIOTT INTERNATIONAL, INC., JOHN DOE(S) I-V, JOHN DOE(S) VI-X and JOHN DOE(S) XI-XV,<br><br>Defendants. | CIVIL ACTION NO.: 2:26-cv-01109 |

**DECLARATION OF JACK TAMBURELLO**
**IN SUPPORT OF DEFENDANT MARRIOTT INTERNATIONAL, INC.'S**
**NOTICE OF CONSENT TO REMOVAL**

I, Jack Tamburello, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a Custodian of Records and Paralegal II of Marriott International, Inc. ("MII"). I have been employed by Marriott International, Inc. since July 1, 2022 and was formerly employed from September 16, 2016 to April 1, 2020. I was furloughed from Marriott International during the pandemic from 2020 to 2022. My responsibilities as a Custodian of Records at Marriott International require me to be familiar with Marriott's corporate structure and its relationship to Marriott-affiliated hotel locations that are franchised or managed and the structure and relationships Marrott has with its subsidiaries and affiliates.

1

2.      I have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

3.      I submit this declaration in support of MII's Notice of Consent to Removal in the above-captioned action.

4.      MII is a publicly traded holding company incorporated in Delaware with its principal place of business in Bethesda, Maryland. MII is registered to do business in Pennsylvania.

5.      As to MII, it has no contractual relationship with the W Reserva Conchal ("Hotel") in Guanacaste, Costa Rica. MII does not own, operate, or manage the Hotel. MII has no management agreement, franchise agreement, or any other contract with the Hotel or its owner.

6.      W International Hotel Management, Inc. ("WIHM") is a wholly owned indirect subsidiary of MII. WIHM is incorporated in Delaware and headquartered in Maryland. WIHM is not registered to do business in Pennsylvania.

7.      WIHM operates and manages hotels under the W Hotel brand located outside the United States. It does not operate or manage hotels in the United States, including Pennsylvania.

8.      WIHM has different corporate directors than MII. There is some overlap between officers—as is typical of a parent-subsidiary relationship. WIHM has separate accounting than MII. WIHM has its own governance structure and makes its own operational decisions for the hotels it manages.

9.      WIHM manages the W Reserva Conchal hotel in Guanacaste, Costa Rica (the "Hotel")—the property at issue in this litigation for the Hotel owner, Desarrolo Hoteleros

Guanacaste, S.A., under a management agreement between WIHM and Desarrolo Hoteleros

Guanacaste, S.A.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on ___March 29th___, 2026, at ___Tuckahoe, N.Y.___

_Jack Tamburello_

Jack Tamburello
Custodian of Records & Paralegal II
Marriott International, Inc.